1  Mildred K. O'Linn, Esq. (State Bar No. 159055)
2  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
   801 S. Figueroa St, 15th Floor
3  Los Angeles, California 90017-3012
   Telephone: (213) 624-6900
4  Facsimile: (213) 624-6999
   *mko@manningllp.com*
5
   Attorneys for Defendants COUNTY OF LOS ANGELES
6  (additionally and erroneously sued and served as "LOS
   ANGELES COUNTY + UNIVERSITY OF CALIFORNIA
7  MEDICAL CENTER"), LOS ANGELES COUNTY SHERIFF
   DEPARTMENT, UNIVERSITY OF SOUTHERN
8  CALIFORNIA, JOHN L. SCOTT, ARTHUR PRYOR, M.D.,
   and ROLAND VALENZUELA, M.D.
9

10                 **UNITED STATES DISTRICT COURT**

11      **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

12

13  JEFFREY KOVACS,                    Case No. 2:15-cv-04557 SVW (PJWx)
                                       *[District Judge Stephen V. Wilson;*
14             Plaintiff,              *Magistrate Judge Patrick J. Walsh]*

15        v.
                                       **STIPULATION FOR DISMISSAL**
16  COUNTY OF LOS ANGELES, a           **WITH PREJUDICE AS TO**
    public entity; LOS ANGELES         **ALL CLAIMS OF PLAINTIFF**
17  COUNTY + UNIVERSITY OF             **JEFFREY KOVACS AGAINST**
    SOUTHERN CALIFORNIA                **DEFENDANTS COUNTY OF LOS**
18  MEDICAL CENTER, a public entity;   **ANGELES, LOS ANGELES**
    LOS ANGELES COUNTY SHERIFF         **COUNTY + UNIVERSITY OF**
19  DEPARTMENT, a public entity; CITY  **SOUTHERN CALIFORNIA**
    OF LOS ANGELES, an incorporated    **MEDICAL CENTER, LOS**
20  municipality; LOS ANGELES POLICE   **ANGELES COUNTY SHERIFF'S**
    DEPARTMENT, a department of the    **DEPARTMENT, UNIVERSITY OF**
21  City of Los Angeles; UNIVERSITY OF **SOUTHERN CALIFORNIA,**
    SOUTHERN CALIFORNIA, a private     **SHERIFF JOHN L. SCOTT,**
22  university; JOHN L. SCOTT, as an   **DR. ARTHUR PRYOR, and**
    individual and in his official capacity; **DR. ROLAND VALENZUELA**
23  CHARLES L. BECK, as an individual
    and in his official capacity; ARTHUR **Pursuant to Fed. R.Civ.P 41**
24  PRYOR, as an individual and in his **(a)(1)(A)(ii)**
    official capacity; ROLAND
25  VALENZUELA, as an individual and
    in his official capacity; DOES 1 through
26  50, Inclusive,                     Complaint Filed:  4/16/15
                                       Answer Filed:      6/11/15
27             Defendants.

28

R:\vol3\TJK\Kovacs 214-49816\Pleadings\Stip.Dismissal.All County Defendants.docx

*(vertical text, left margin)* MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP  Attorneys at Law

TO THE HONORABLE COURT:

IT IS HEREBY STIPULATED, by and between plaintiff JEFFREY KOVACS  ("plaintiff") and defendants COUNTY OF LOS ANGELES, LOS ANGELES COUNTY + UNIVERSITY OF SOUTHERN CALIFORNIA MEDICAL CENTER, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, UNIVERSITY OF SOUTHERN CALIFORNIA, SHERIFF JOHN L. SCOTT, DR. ARTHUR PRYOR, and DR. ROLAND VALENZUELA, by and through their respective attorneys of record, that defendants COUNTY OF LOS ANGELES, LOS ANGELES COUNTY + UNIVERSITY OF SOUTHERN CALIFORNIA MEDICAL CENTER, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, UNIVERSITY OF SOUTHERN CALIFORNIA, SHERIFF JOHN L. SCOTT, DR. ARTHUR PRYOR, and  DR. ROLAND VALENZUELA ("defendants") be dismissed with prejudice from this action by plaintiff pursuant to Fed. R. Civ.P 41(a)(1)(A)(ii).

IT IS HEREBY FURTHER STIPULATED, by and between plaintiff and defendants, that this dismissal constitutes a general mutual release of all claims and a mutual waiver of all costs, court fees, and attorneys' fees arising out of this litigation between these aforementioned parties.

///
///
///
///
///
///
///
///
///
///

It is further agreed by and between the parties that this stipulation may be signed in counterpart and that a facsimile or electronic signature will be as valid as an original signature.

     IT IS SO STIPULATED.

Dated: December 6, 2016        **CALLAHAN, THOMPSON, SHERMAN & CAUDILL, LLP**


By:     /s/ Lee A. Sherman
        Lee A. Sherman, Esq.
        Attorneys for Plaintiff
        JEFFREY KOVACS


Dated:  December 6, 2016        **MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP**


By:     /s/ Mildred K. O'Linn
        Mildred K. O'Linn, Esq.
        Attorneys for Defendants
        COUNTY OF LOS ANGELES
        (additionally and erroneously sued and
        served as "LOS ANGELES COUNTY +
        UNIVERSITY OF CALIFORNIA
        MEDICAL CENTER"), LOS ANGELES
        COUNTY SHERIFF DEPARTMENT,
        UNIVERSITY OF SOUTHERN
        CALIFORNIA, JOHN L. SCOTT,
        ARTHUR PRYOR, M.D., and ROLAND
        VALENZUELA, M.D.